UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK PARSONS, BRANDON
BRADLEY, SCOTT GANDY,
ROBERT HELLIN, JOSEPH BRUCE
and JOSEPH UTSLER,

                    Plaintiffs,

v.

UNITED STATES DEPARTMENT
OF JUSTICE and FEDERAL
BUREAU OF INVESTIGATION,

                    Defendants.         /

Honorable Robert H. Cleland
Magistrate Judge Paul Komives

Case No. 2:14-cv-10071

## **PLAINTIFFS' NOTICE OF APPEAL**

Notice is hereby given that Mark Parsons, Brandon Bradley, Scott Gandy, Robert Hellin, Joseph Bruce and Joseph Utsler appeal to the United States Court of Appeals for the Sixth Circuit from the Opinion and Order entered in this action on June 30, 2014, which granted a dismissal.

[*Remainder of page intentionally left blank.*]

Respectfully Submitted,

/s/ Saura J. Sahu
SAURA J. SAHU (P69627)
EMILY C. PALACIOS (P64941)
JAMES D. BOUFIDES (P77717)
Miller, Canfield, Paddock & Stone, PLC
Attorneys for Plaintiffs Parsons,
Bradley, Gandy & Hellin, Cooperating
Counsel, A.C.L.U. Fund of Michigan
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
(313) 963-6420
sahu@millercanfield.com

/s/Howard Hertz
HOWARD HERTZ (P26653)
ELIZABETH C. THOMSON (P53579)
Hertz Schram PC
Attorneys for Plaintiffs Bruce & Utsler
1760 S. Telegraph Road, Suite 300
Bloomfield Hills, MI 48304
(248) 335-5000
hhertz@hertzschram.com
lthomson@hertzschram.com

/s/Michael J. Steinberg
MICHAEL J. STEINBERG (P43085)
DANIEL S. KOROBKIN (P72842)
KARY L. MOSS (P49759)
A.C.L.U. Fund of Michigan
Attorneys for Plaintiffs Parsons,
Bradley, Gandy and Hellin
2966 Woodward Avenue
Detroit, Michigan 48201
(313) 578-6814
msteinberg@aclumich.org
dkorobkin@aclumich.org

/s/Farris F. Haddad
FARRIS F. HADDAD (P71538)
Farris F. Haddad & Assocs., P.C.
Attorneys for Plaintiffs Bruce and Utsler
26100 American Drive, Suite 605
Southfield, Michigan 48034
(888) 818-1646
Farris@CallFarris.com

Dated: July 8, 2014

2

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2014, I electronically filed the foregoing

documents with the Clerk of the court using the ECF system which sent

notification of such filing to all parties of record.

By:   s/Saura J. Sahu
Miller, Canfield, Paddock & Stone, PLC
Attorneys for Parsons, Bradley, Gandy & Hellin
Cooperating Counsel, A.C.L.U. Fund of Michigan
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
(313) 963-6420
sahu@millercanfield.com

22512719