# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

MARK PARSONS, et. al.,

    Plaintiffs,

v.                                    Case No. 14-10071

UNITED STATES DEPARTMENT OF JUSTICE
and FEDERAL BUREAU OF
INVESTIGATIONS,

    Defendants.

                                        /

## JUDGMENT

In accordance with the court's "Opinion and Order Granting Defendants' Motion to Dismiss" (Dkt. # 45) dated September 29, 2016,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants United States Justice Department and Federal Bureau of Investigation, and against Plaintiffs Mark Parsons, Brandon Bradley, Scott Gandy, Robert Hellin, Joseph F. Bruce, and Joseph W. Utsler. Dated at Detroit, Michigan, this 29th day of September, 2016.

                                                        DAVID J. WEAVER
                                                        CLERK OF THE COURT

                                                        BY:   S/Lisa Wagner
                                                        Lisa Wagner, Deputy Clerk
                                                        and Case Manager to
                                                        Judge Robert H. Cleland